United States Courts
Southern District of Texas
FILED

DEC 31 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

JACY DRAKE,

Plaintiff,

v.

DAVID THOMAS SIGLO, ~~SIGLO~~ SIGNO
NICOLE QUICK, BILLY ~~SIGLO~~ JR.,
MICHAEL AMES, MISSOURI CITY
POLICE, HOUSTON POLICE
ANATOLY BUTAKOV,
BARRY FISCHER,
Defendants.

CASE NO. 4:25 cv 6366

CIVIL RIGHTS COMPLAINT FOR
VIOLATION OF CIVIL RIGHTS,
FRAUD, DEFAMATION,
STOCKING, HARASSMENT,
VIOLATION OF THE 14TH
AMENDMENT,

JURY TRIAL DEMANDED

## I. PARTIES

1. Plaintiff: Jacy Drake is an individual and a resident of Houston, Texas. Plaintiff is the daughter of Paul Butakov, the Ambassador of the Roma people in the United States, the founder and president of the Roma Council, and a member of the United Nations. The Plaintiff was targeted in this hate crime because of her relation to her father.

2. Individual Defendants: David Thomas ~~Siglo~~ Signo, Nicole Quick, Billy Siglo Jr., and Michael Ames, Anatoly Butakov, Barry Fischer, are individuals believed to reside in Houston, Texas.

3. Municipal Defendants: The City of Missouri City and the City of Houston are local government entities. (Note: In federal law, you typically sue the City rather than the police department directly).

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) as this action involves claims under the U.S. Constitution and 42 U.S.C. § 1983.

2. Venue is proper in the Houston Division as the events described occurred within this district.

## III. STATEMENT OF FACTS

1. On or about November 14, 2024, Defendant David Siglo began a course of conduct involving stalking, electronic surveillance, and unauthorized access to Plaintiff's personal devices.

2. Defendant David Siglo hacked Plaintiff's phone and stole sensitive personal information.

3. Defendant David Siglo physically assaulted Plaintiff and her two minor children.

4. Defendant David Siglo published intimate visual material (nude photographs) of the Plaintiff on social media without her consent with the intent to harm her reputation.

5. Defendants Nicole Quick, Billy Siglo Jr., and Michael Ames Barry Fischer, Anatoly Butakov, acted in concert with David Siglo to defame and "blackball" the Plaintiff within her community.

6. These Defendants stole Plaintiff's personal identifying information and sold it on the "dark web," resulting in actual identity theft and financial harm to the Plaintiff.

7. Plaintiff repeatedly contacted the Missouri City Police Department and the Houston Police Department to report these crimes, including the physical attacks on her children.

8. Plaintiff alleges that officers from these departments refused to investigate or provide protection because of her heritage as a Gypsy (Romani), constituting unlawful racial/ethnic profiling.

## IV. CAUSES OF ACTION

- Count 1: Violation of 42 U.S.C. § 1983 (Equal Protection Clause) – Against the City of Missouri City and City of Houston for discriminatory failure to provide police protection based on ethnicity.

- Count 2: Unlawful Disclosure of Intimate Visual Material – Against David Siglo under Texas Civil Practice & Remedies Code § 98B.002.

- Count 3: Stalking – Against David Siglo under Texas Civil Practice & Remedies Code § 85.003.

- Count 4: Conspiracy and Identity Theft – Against all individual Defendants for the theft and sale of personal data.
- Count 5: Defamation/Libel – Against Nicole Quick, Billy Siglo Jr., and Michael Ames for coordinated efforts to ruin Plaintiff's reputation.

## V. PRAYER FOR RELIEF

Plaintiff requests judgment against Defendants for:

1. Compensatory damages for physical injury, emotional distress, and financial loss from identity theft.

2. Punitive damages for the willful and malicious nature of the conduct.

3. A permanent injunction preventing further disclosure of intimate images.

4. Any other relief the Court deems just and proper.


Respectfully Submitted

Plaintiff:

Jacy Drake Pro Per
DEC 22 2025

2214 BRIGHT SUNRISE TRL
FRESNO, TX 77545